# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JIBREEL FRAZIER,                :

    Plaintiff,               :

                    :

    v.                 :        **Case No. 2:22-cv-2896-JDW**

                    :

TRANS UNION             :

    Defendant.            :

## ORDER

AND NOW, this 11th day of August, 2022, upon consideration of Plaintiff Jibreel Frazier's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and Complaint (ECF No. 2) it is **ORDERED** as follows:

1.      The Motion To Proceed *In Forma Pauperis* (ECF No. 1) is **GRANTED** pursuant to 28 U.S.C. § 1915;

2.      The Complaint is deemed filed;

3.      The Complaint is **DISMISSED WITHOUT PREJUDICE** for the reasons in the accompanying Memorandum;

4.      Mr. Frazier may file an amended complaint on or before September 9, 2022.  Any amended complaint must identify all defendants in the caption of the amended complaint in addition to identifying them in the body of the amended complaint and shall state the basis for Frazier's claims against each defendant.  The amended complaint shall be a complete document that does not rely on the initial Complaint or other papers filed in this case to state a claim.  When drafting the

amended complaint, Mr. Frazier should be mindful of the Court's reasons for dismissing the claims in the initial Complaint as explained in the Court's Memorandum.  Upon the filing of an amended complaint, the Clerk shall not make service until the Court so orders;

5.      The Clerk of Court shall send Mr. Frazier a blank copy of this Court's current standard form to be used by a self-represented litigant filing a civil action bearing the above-captioned civil action number.  Mr. Frazier may use this form to file an amended complaint if he chooses to do so;

6.      If Mr. Frazier does not wish to amend the Complaint and instead intends to stand on the Complaint as originally pled, he may file a notice with the Court on or before September 9, 2022, stating that intent, at which time the Court will issue a final order dismissing the case.  Any such notice should be titled "Notice to Stand on Complaint," and shall include the civil action number for this case; and

7.      If Mr. Frazier fails to file any response to this Order, the Court will conclude that he intends to stand on the Complaint and will issue a final order dismissing this case.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**